# Court of Appeals
# of the State of Georgia

ATLANTA, August 08, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0078. WILMOT STUBBLEFIELD v. LOOMIS ARMORED US, LLC.

In this action for fraud and related claims, pro se defendant Wilmot Stubblefield filed this direct appeal from the trial court's order scheduling a bench trial. We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Here, the trial court's order scheduling a bench trial is a non-final order that did not resolve all issues in this case. Consequently, Stubblefield was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the order scheduling a bench trial. See OCGA § 5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). His failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Bailey*, 266 Ga. at 833.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/08/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____, *Clerk.*